# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melissa Sparks, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.  2:20-cv-436 |
| | ) |
| v. | ) |
| | ) |
| Universal Stainless and Alloy Products Inc., | ) |
| | ) |
| Defendant. | ) |

## <u>REPORT OF NEUTRAL</u>

An Early Neutral Evaluation/Mediation session was held in the above-captioned matter on July 30, 2020.

The case (please check one):

_____**X**_____  has resolved

_____  has resolved in part (see below)

_____  has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated:  July 30, 2020                              **/s/David B. White, Esquire**
                                                          Signature of Neutral