IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA SPARKS, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:20-cv-00436-DSC |
| v. | |
| UNIVERSAL STAINLESS AND ALLOY PRODUCTS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this

action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ David A. Young* |
| 2315 Koppers Building | Bunker & Ray |
| 436 Seventh Avenue | 120 Fifth Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this _____ day of _____ 2020, the foregoing Stipulation

is approved as an Order of the Court.

BY THE COURT:

_____
David Stewart Cercone
Senior United States District Court Judge