IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELISSA SPARKS,                                    CIVIL DIVISION

    Plaintiff,                                 Case No. 2:20-cv-00436-DSC

    v.

UNIVERSAL STAINLESS AND ALLOY
PRODUCTS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ David A. Young* |
| 2315 Koppers Building | Bunker & Ray |
| 436 Seventh Avenue | 120 Fifth Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| Counsel for the plaintiff | Counsel for the defendant |

## ORDER

AND NOW, this ___2nd___ day of _____August_____ 2020, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

s/ David Stewart Cercone
David Stewart Cercone
Senior United States District Court Judge